**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PEYTON H. HEMINGWAY,

                Plaintiff,

vs.

GABRIEL L. GRASSO, P.C.,

                Defendant.

Case No.: 2:16-cv-01253-GMN-PAL

**ORDER**

      Pending before the Court is the Report and Recommendation of United States Magistrate Judge Peggy A. Leen, (ECF No. 9), which states that Plaintiff Peyton H. Hemingway's Complaint, (ECF No. 1-1), should be dismissed for failure to state a claim.

      A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003). Here, no objections were filed, and the deadline to do so has passed.

      Accordingly,

      **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 9), is **ACCEPTED and ADOPTED in full**.

**IT IS FURTHER ORDERED** that this action is dismissed with prejudice.

The Clerk of Court is instructed to close the case.

**DATED** this  14   day of February, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Judge